| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | LEO R. MONTENEGRO<br>Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8931 |
| 7 | Attorneys for Defendant |

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  DARRIUS BURTON,  )
                    )
11       Plaintiff, )   Case No. 1:07-cv-01481-TAG
                    )
12       v.         )   STIPULATION AND ORDER
                    )   FOR REMAND PURSUANT TO SENTENCE
13  MICHAEL J. ASTRUE, )   SIX OF 42 U.S.C. § 405(g)
    Commissioner of )
14  Social Security, )
                    )
15       Defendant. )
    _____)

16

17       IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel of record, that this action be remanded to the Commissioner of Social Security for

19  further administrative action pursuant to section 205(g), sentence six, of the Social Security Act,

20  42 U.S.C. § 405(g).

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

Stip & Order, 1:07-cv-01481-TAG

1     The Commissioner is unable to prepare an administrative record in this case as the tape recording of the administrative hearing is inaudible.  On remand, the Commissioner will provide Plaintiff with a de novo hearing.

DATE: 2/15/08                          /s/ Brian C. Shapiro (as authorized by e-mail February 15, 2008)
                                          BRIAN C. SHAPIRO
                                          Attorney at Law

                                          Attorney for Plaintiff

DATE: 2/19/08                          McGREGOR W. SCOTT
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX

                           By:     /s/ Leo R. Montenegro
                                                     LEO R. MONTENEGRO
                                                     Special Assistant U.S. Attorney

                                          Attorneys for Defendant

ORDER

    For good cause shown, <u>Burton v. Astrue</u> (Case No. 1:07-cv-01481-TAG) is hereby REMANDED under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the parties.

    Plaintiff and Defendant are directed to file with the Court, a Joint Status Report, every sixty (60) days from the date of this Order. The Joint Status Report shall summarize the actions of both parties, and the assigned Admistrative Law Judge, to cause this case to be completed in a prompt and efficient manner, and shall include, without limitation, a description of what actions have been taken and when they were accomplished, and what further actions will be taken and when they will be accomplished.  Failure to comply with this Order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **February 20, 2008**                              **/s/ Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE