1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

8 DARRIUS BURTON,                          )      Case No.  1:07-cv-01481  TAG
                                          )
9          Plaintiff,                     )      **ORDER SETTING STATUS**
                                          )      **CONFERENCE**
10         vs.                            )
                                          )      Date: January 15, 2009
11 MICHAEL J. ASTRUE,                     )
   Commissioner of Social Security,       )      Time: 9:30 a.m.
12                                        )
           Defendant.                     )      Location:  1200 Truxtun Avenue, Suite 120,
13 _____    )      Bakersfield, California

14         On February 20, 2008, this Court remanded the above-entitled matter to the Defendant

15 Commissioner of Social Security ("Defendant") because the tape recording of the administrative

16 hearing was inaudible and an administrative record could not be prepared.  (Doc. 15.)  Defendant

17 was to offer the Plaintiff, Darrius Burton ("Plaintiff"), the opportunity for a new administrative

18 hearing.  The order for remand required Plaintiff and Defendant to file with the Court a Joint Status

19 Report every sixty (60) days thereafter, advising this Court, in a summary fashion, what actions the

20 parties and the assigned Administrative Law Judge have taken "to cause this case to be completed in

21 a prompt and efficient manner, and shall include, without limitation, a description of that actions

22 have been taken and when they were accomplished, and what further actions will be taken and when

23 they will be accomplished."  (*Ibid.*)

24         On December 16, 2008, the parties filed their Fifth Joint Status Report on Remand pursuant

25 to 42 U.S.C. § 405(g), Sentence Six.  (Doc. 20.)  In that report, counsel for the parties stated that the

26 Plaintiff's administrative claim for benefits is pending at the Social Security Administration's

27 hearing office in Fresno, California; that it has been assigned to an Administrative Law Judge; that a

28 hearing had been scheduled for December 8, 2008; that the scheduled hearing had been postponed

1

because Plaintiff was apparently incarcerated; and that the matter has not been set for further hearing as a result of the postponement.  (*Ibid.*)   The parties did not provide this Court with any additional information, such as the length of Plaintiff's incarceration; whether Plaintiff's incarceration precludes his ability, legally or practically, to appear and participate at the remanded administrative hearing; what steps are available to the parties at this time to prosecute the remanded action; and the potential impact of this situation on the Court's remand order.

A Status Conference is warranted in light of the lengthy delay in conducting the administrative hearing on remand and the apparent *de facto* suspension of further action in this matter for an unspecified period of time.  Therefore, IT IS HEREBY ORDERED:

1.    A Status Conference IS SET for 9:30 a.m. on Thursday, January 15, 2009, at the Chambers of Magistrate Judge Goldner, 1200 Truxtun Avenue, Suite 120, Bakersfield, California, to discuss the continuing appropriateness of this Court's February 20, 2008 remand order (Doc. 15) due to the length of time that has elapsed since the remand order was entered, the limited progress made in convening and conducting the remanded administrative hearing, and the Court's lack of information relevant to when such hearing will be conducted and completed.

2.    The parties are FOREWARNED to be prepared to address, in detail, these issues, including but not limited to, the length of Plaintiff's incarceration; whether Plaintiff's incarceration precludes his ability, legally or practically, to appear and participate at the remanded administrative hearing; what steps are available to the parties at this time to prosecute the remanded action; the potential impact of this situation on the Court's remand order; and whether the remand order should be vacated and the action dismissed.

3.    Counsel may appear in person or telephonically.  If counsel for more than one party wish to appear telephonically, they must arrange a one-line conference call between themselves before calling Courtroom Deputy Alan Leon Guerrero at (661) 326-6620 on the date and time of  the Status Conference.

IT IS SO ORDERED.

Dated:   **December 31, 2008**                                        **/s/ Theresa A. Goldner**

UNITED STATES MAGISTRATE JUDGE

2