1  BRIAN C. SHAPIRO: 192789
   LAW OFFICE OF LAWRENCE D. ROHLFING
2  12631 E. IMPERIAL HIGHWAY, SUITE C-115
   SANTA FE SPRINGS, CALIFORNIA 90670-4756
3  TEL: 562-868-5886
   FAX: 562-868-5491
4  E-MAIL: rohlfing_office@msn.com

5  Attorney for Plaintiff
   DARRIUS BURTON by and through
6  her guardian ad litem SHERRY JONES

FILED
APR 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA

12  DARRIUS BURTON, by and            ) Case No.: 1:07-cv-01481
13  through his guardian ad litem,    ) PETITION FOR GUARDIAN AD
                                      ) LITEM; AND ORDER
14  SHERRY JONES,                     ) (42 U.S.C. § 405 (g))
15              Plaintiff,            )
16          vs.                       )
17  MICHAEL J. ASTRUE,                )
18  COMMISSIONER OF SOCIAL            )
19  SECURITY,                         )
20              Defendant             )

22      PETITIONER Darrius Burton by and through his mother Sherry Jones
23  respectfully presents:
24      1. Petitioner is a minor.
25      2. Petitioner is the son of Sherry Jones. Sherry Jones has custody of
26         petitioner.

-1-

1  3. The minor has a cause of action against the above-named defendant on
2  which a suit should be brought in this court. The cause of action arises under the
3  provisions of the Social Security Act, Title XVI.

4  4. The petitioner has no guardian of his estate.

5  5. Sherry Jones is willing to serve as guardian ad litem of the petitioner and
6  is fully competent to understand and protect the rights of the minor and to have no
7  interest adverse to that of the minor.

8  6. Petitioner has contracted with Lawrence D. Rohlfing, Attorney at Law,
9  with an office located at 12631 E. Imperial Highway, Suite C-115, Santa Fe
10 Springs, California to prosecute the cause of action for the minor.

11  WHEREFORE, petitioner prays that Sherry Jones or some other proper
12 person can be appointed as guardian ad litem for Darrius Burton to prosecute the
13 above-described cause of action on behalf of Darrius Burton.

14 DATE: September 27, 2007        *Sherry Jones* (signature)
15                                 Sherry Jones

17                                 Respectfully submitted,
                                   LAW OFFICE OF LAWRENCE D. ROHLFING

20                     BY:   /s/ Brian C. Shapiro
21                           Brian C. Shapiro
22                           Attorney for plaintiff Darrius Burton

## VERIFICATION

I, Sherry Jones, am the mother of the petitioner in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said petition is true of my own knowledge, except as to those matters which are presented on an information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: September 27, 2007      *Sherry Jones* (signature)
                               Sherry Jones

## CONSENT OF APPOINTMENT

I hereby consent to act as guardian ad litem for the minor DARRIUS BURTON

*Sherry Jones* (signature)
Sherry Jones

## ORDER APPOINTING GUARDIAN AD LITEM

The court having considered the petition of Darrius Burton for the appointment of Sherry Jones as guardian ad litem for Darrius Burton who is a minor and good cause appearing therefore.

IT IS HEREEBY ORDERED that Sherry Jones be, and she is, hereby appointed as guardian ad litem for Darrius Burton, a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

DATE: 4/17/09      (signature)
                   United States Magistrate Judge
Nunc pro            SM SNYDER
tunc to
10/09/07
SMS

-3-

*for Tim Docketing —*

*Make sure your entry has this in the text window.*

*TK 4/17*

**Other Orders/Judgments**
1:07-cv-01481-BAK (SS) Burton v. CSS
BAK_SMS, CONSENT, SOCIAL_SECURITY

**U.S. District Court**

**Eastern District of California - Live System**

**Notice of Electronic Filing**

The following transaction was entered on 4/17/2009 at 1:58 PM PDT and filed on 4/17/2009
**Case Name:** (SS) Burton v. CSS
**Case Number:** 1:07-cv-1481
**Filer:**
**Document Number:** 27(No document attached)

**Docket Text:**
**MINUTE ORDER ***TEXT Only***: Due to clerical oversight, the petition for guardian ad litem [4] and order thereon, filed 10/09/07, was overlooked. Contemporaneous with the posting of this minute order, the Court has signed and filed the order appointing guardian ad litem, nunc pro tunc to 10/09/07..signed by Judge Sandra M. Snyder on 4/17/2009. (Herman, H)**

**1:07-cv-1481 Electronically filed documents will be served electronically to:**

Commissioner of Social Security     sf.ogc.ndca@ssa.gov, ODAR.OAO.COURT.1@ssa.gov, usacae.ecfsocsec@usdoj.gov

Benjamin E. Hall , ss     Benjamin.Hall@usdoj.gov, paulette.tremblay@usdoj.gov, Usacae.ecffrsgen@usdoj.gov

Brian C. Shapiro     brian_rohlfing.office@speakeasy.net, sandra_rohlfing.office@speakeasy.net

Leo R Montenegro     Leo.R.Montenegro@ssa.gov

**1:07-cv-1481 Electronically filed documents must be served conventionally by the filer to:**