IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIUS BURTON, | CASE NO. 1:07-cv-01481 JLT |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | (Doc. 15) |
| Defendant. | |

On October 9, 2007, Plaintiff filed a complaint seeking reversal of the Social Security Agency's determination to deny him benefits. (Doc. 1). On February 20, 2008, pursuant to a stipulation of the parties, the Court directed remand of this matter to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g), for further proceedings. (Doc. 15). In that order, the Court directed the parties "to file . . . a Joint Status Report, every sixty (60) days from the date of this order. The Joint Status Report shall summarize the actions of both parties, and the assigned Administrative Law Judge, to cause this case to be completed in a prompt and efficient manner, and shall include, without limitation, a description of what actions have been taken and when they were accomplished, and what further actions will be taken and when they will be accomplished." (Id. at 2). The Court further warned the parties that failure to comply with this requirement could result in

the imposition of sanctions.  (Id.)

    Review of the record indicates that the parties have not filed a Joint Status Report in this matter in over six months.

    Accordingly, IT IS HEREBY ORDERED that the parties shall have 20 days from service of this order to SHOW CAUSE why sanctions should not be imposed for failing to comply with the Court's order.

IT IS SO ORDERED.

Dated:   **April 29, 2010**                           **/s/ Jennifer L. Thurston**
                                                                                             UNITED STATES MAGISTRATE JUDGE