1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DANIEL P. TALBERT
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8926
6  Fax: (415) 744-0134

7  Attorneys for Defendant

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10 DARRIUS BURTON,                 ) Case No. 1:07-cv-01481-JLT
                                   )
11         Plaintiff,              ) FIFTEENTH JOINT STATUS REPORT ON
                                   ) REMAND PURSUANT TO 42 U.S.C.
12    vs.                          ) § 405(g), SENTENCE SIX; STIPULATION
                                   ) AND PROPOSED ORDER FOR JUDGMENT
13 MICHAEL J. ASTRUE,              ) FOR PLAINTIFF
   Commissioner of Social Security,)
14                                 )
           Defendant.              )
15                                 )
                                   )
16 _____  )

**FOURTEENTH JOINT STATUS REPORT**

On February 20, 2008, by stipulation of the parties and order of the Court, this case was remanded to the Defendant Commissioner of Social Security because the tape recording of the administrative hearing was inaudible and an administrative record could not be prepared [Docket No. 15]. The Commissioner was directed to conduct a new administrative hearing.

After Plaintiff's unavailability due to his being in custody, an administrative hearing was held on March 16, 2009. Administrative Law Judge (ALJ) Christopher Larsen conducted a supplemental hearing on October 23, 2009. The ALJ issued a decision on December 4, 2009, finding that Plaintiff was not disabled as defined by the Social Security Act. Plaintiff then requested review by the Appeals Council, and on March 19, 2010, the Appeals Council remanded for a new hearing. Following the new hearing, the ALJ issued a decision dated November 24, 2010, finding that Plaintiff was disabled in a decision. See Exhibit 1, November

1  24, 2010 Fully Favorable Decision.

2      The parties further stipulate that judgment shall be entered for the Plaintiff and against the

3  Commissioner.

4                      Respectfully submitted,

5  DATE:  1/14/10          BENJAMIN B. WAGNER
                            United States Attorney
6                              LUCILLE GONZALES MEIS
                            Regional Chief Counsel, Region IX
7                              Social Security Administration

8                              */s/ Daniel P. Talbert*
                            DANIEL P. TALBERT
9                              Special Assistant U.S. Attorney

10                              Attorneys for Defendant

11
12  DATE:  1/14/10          */s/ Brian C. Shapiro*
                            (as authorized by email)
                            BRIAN C. SHAPIRO
13                              Attorney for Plaintiff

14

15                                       ORDER

16      Pursuant to the parties' stipulation, judgment is entered for Plaintiff and against the

17  Commissioner.  The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff.

18

19  IT IS SO ORDERED.

20  Dated:  **January 18, 2011**                  **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28